

# Fourth Court of Appeals
## San Antonio, Texas

April 1, 2019

No. 04-18-00498-CV

**MWM HELOTES RANCH, LTD.** and Myfe Moore,
Appellants

v.

John H**. WHITE JR**., Individually; John H. White III, Individually; John H. White Jr., John H. White III, and Molly C. White, in their capacities as Co-Trustees of the 1983 John H. White Long-Term Trust F/B/O John H. White Jr., and of the 1976B Partnership Trust; TCW Helotes Ranch Ltd; and Tuleta White,
Appellees

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI11563
Honorable David A. Canales, Judge Presiding

# O R D E R

After Appellants and Appellees filed their briefs, on March 12, 2019, Appellants filed a motion for leave to amend and supplement Appellants' brief.

On March 21, 2019, the John White Appellees filed their objections and response to Appellants' motion for leave.

Having considered the motion and response, we DENY Appellants' motion for leave to file an amended brief. *See* TEX. R. APP. P. 38.7; 4TH TEX. APP. (SAN ANTONIO) LOC. R. 8.4.

Appellants' reply brief is due within twenty days of the date of this order. *See* TEX. R. APP. P. 38.6(c).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of April, 2019.



KEITH E. HOTTLE,
Clerk of Court